**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6887**

---

ANTHONY COHEN,

Plaintiff - Appellant,

versus

THOMAS R. CORCORAN, Warden; LOUIS RUZICKA,
Captain, Correctional Officer V, 7 - 3 shift;
NATHAN ROLLINS, Lieutenant, Correctional
Officer IV, 3 - 11 shift; DELANVIEL EVANS,
Sargeant, Correctional Officer III, 7 - 3
shift; JOHN THOMAS, Correctional Officer II,
3 - 11 shift,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-96-2275-WMN)

---

Submitted:  January 22, 1998        Decided:  February 4, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Cohen, Appellant Pro Se.  Stephanie Judith Lane-Weber,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Cohen v. Corcoran</u>, No. CA-96-2275-WMN (D.Md. June 13, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>